Sullivan, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

NADIA MARSH, M.D.,

            Plaintiff,

-against-

CABRINI MEDICAL CENTER,

           Defendant.

----------------------------------------x

STIPULATION

08-CIV-5405

(Judge Sullivan)

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that the time for Defendant Cabrini Medical Center to answer, move against, or otherwise respond to the Complaint, filed June 13, 2008, is enlarged and extended to and including July 29, 2008. This Stipulation may be signed in counterparts and may be filed with the Court by any party without further notice. For the purposes of this Stipulation, facsimile signatures may be treated as originals.

Dated: Great Neck, New York
      July 21, 2008

GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant*

By: _____
    Andrew L. Zwerling (AZ-5455)
    Caroline P. Wallitt (CW-2065)

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
(516) 466-5964 (fax)

Dated: New York, New York
      July 22, 2008

DAVID B. RANKIN, ESQ.
*Attorney for Plaintiff*

By: _____
    David B. Rankin (DR-0363)

350 Broadway, Suite 700
New York, New York 10013
(212) 226-4507
(212) 658-9480 (fax)

991261v.1

SO ORDERED
Dated: 7/25/08

_____
RICHARD J. SULLIVAN
U.S.D.J.