GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant Cabrini Medical Center*
111 Great Neck Road
Great Neck, New York  11021
(516) 393-2200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NADIA MARSH, M.D.,

            Plaintiff,

v.

CABRINI MEDICAL CENTER,

           Defendant.

------------------------------------x

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Civil Answer No. CV-08-5405

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Cabrini Medical Center, by its attorneys, Garfunkel, Wild & Travis, P.C., certifies that it is a not-for-profit corporation formed under the laws of the State of New York. Cabrini Medical Center has no parent corporation(s), nor is there a publicly held corporation that owns ten percent (10%) or more of any of its stock.

Dated: Great Neck, New York
       July 29, 2008

                              GARFUNKEL, WILD & TRAVIS, P.C.
                              *Attorneys for Defendant Cabrini Medical Center*

                              By: _____
                                  Andrew L. Zwerling (AZ-5455)
                                  Caroline P. Wallitt (CW-2065)

                              111 Great Neck Road
                              Great Neck, New York  11021
                              (516) 393-2200

995360v.1

TO: David B. Rankin (DR-0863)
350 Broadway, Suite 700
New York, New York 10013
(212) 226-4507

995360v.1