UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
NADIA MARSH, M.D.,

          Plaintiff,

v.

CABRINI MEDICAL CENTER,

          Defendant.

------------------------------------------------x

**CERTIFICATE OF SERVICE**

Civil Answer No. CV-08-5405

    Caroline P. Wallitt certifies that, on July 29, 2008, I served the within Rule 7.1 Corporate Disclosure Statement and Pre-Motion Conference Letter by regular mail and ECF on the attorneys for Plaintiff:

    David B. Rankin (DR-0863)
    350 Broadway, Suite 700
    New York, New York 10013
    (212) 226-4507

Dated: Great Neck, New York
       July 29, 2008

                                          GARFUNKEL, WILD & TRAVIS, P.C.
                                          *Attorneys for Defendant Cabrini Medical Center*

                                          By: _/s/ CP Wallitt_____
                                               Andrew L Zwerling (AZ-5455)
                                               Caroline P. Wallitt (CW-2065)

                                          111 Great Neck Road
                                          Great Neck, New York 11021
                                          (516) 393-2200

995388v.1