UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Nadia Marsh, M.D.,**

                          **Plaintiffs,**

-v-

**Cabrini Medical Center,**

                          **Defendants.**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

Case No. 08-CV-05405(RJS)
ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The Court hereby ORDERS that the parties appear for a pre motion conference in this case. The conference shall be held on August 26, 2008 at 11:30am in the United States Courthouse for the Southern District of New York, Courtroom 9A. 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:      August ___, 2008
               New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE