

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADIA MARSH,

                     Plaintiff,

-v-

CABRINI MEDICAL CENTER,

                     Defendant.

No. 08 Civ. 5405 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference on August 26, 2008, the Court adopted the following schedule:

        The parties shall submit a joint status letter to the Court on or before September 10, 2008. The letter shall address (1) the status of any settlement discussions; (2) whether the parties wish to proceed with a settlement conference with the Court or the Honorable Theodore H. Katz, Magistrate Judge; and (3) whether defendant wishes to proceed with the contemplated motion to dismiss, and, if so, a proposed briefing schedule.

SO ORDERED.

Dated:      August 26, 2008
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE