UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/09
```

NADIA MARSH,

                Plaintiff,

-v-

CABRINI MEDICAL CENTER,

                Defendant.

No. 08 Civ. 5405 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of Plaintiff's letter, dated May 13, 2009. The Court grants the joint request to stay its previous order, dated April 30, 200, which ordered that the parties submit a jointly-prepared proposed case management and discovery plan. Plaintiff is hereby ordered to submit a proper pre-motion letter, in accordance with my Individual Practices, Rule 2.A, setting forth the basis and authority for its anticipated motion for summary judgment, which must be *received* by the Court no later than Thursday, May 21, 2009. Defendant shall submit a response that must be *received* by the Court no later than Wednesday, May 27, 2009. Letters may be submitted to the chambers email address at sullivannysdchambers@nysd.uscourts.gov. The Court will hold a pre-motion conference on Wednesday, June 3, 2009 at 11:00 a.m in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:      May 15, 2009
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE